UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-84-D-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM RUSSELL BROWN | ORDER |

On motion of the Defendant, William Russell Brown, and for good cause shown, it is hereby ORDERED that the document at Docket Entry #35 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 20 day of August, 2026.

J. Dever

James C. Dever III
United States District Judge